**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**

**To: John D. Kinard**                                           **January 15, 2015**

**County:  Galveston (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-11-00249-CR | Charles Wayne Hines v The State of Texas | 10CR0438 |
|---|---|---|
| | State's Exhibit 2, a DVD | |


Received by: _____

Received on: _____